UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE ALFRED BROWN,<br><br>Plaintiff. | Case No. 16-04506 EJD (PR)<br><br>**ORDER OF DISMISSAL** |

On August 10, 2016, Plaintiff filed a letter that was construed as an action pursuant to 42 U.S.C. § 1983.[1] (Docket No. 1.) On the same day, the Clerk sent Plaintiff a notice that he had not filed an In Forma Pauperis ("IFP") application or a proper complaint, and they needed to be filed within twenty-eight days or else the case would be dismissed. (Docket Nos. 2 & 3.) The deadline has passed and Plaintiff has not filed the required documents. Accordingly, Plaintiff's case is **DISMISSED**.

The Clerk shall terminate any pending motions and close the file.

**IT IS SO ORDERED.**

Dated: 9/21/2016

_____
EDWARD J. DAVILA
United States District Judge

Order of Dismissal
P:\PRO-SE\EJD\CR.16\04506Brown_dism-ifp-comp.docx

---

[1] This action was reassigned to this Court on September 15, 2016. (Docket No. 6.)